# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIE PETITTI; AND PAUL U. PAWLIK, INDIVIDUALS,

     Appellants,

vs.

RULIAN WU, ALSO REFERRED TO AS, WU RULIAN; AND CITY OF LAS VEGAS, CLARK COUNTY,

     Respondents.

No. 82784

**FILED**

SEP 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jacqueline M. Bluth, District Judge
  Walsh & Rosevear
  Las Vegas City Attorney
  Brennan Legal Counsel Group, PLLC
  Eighth District Court Clerk

---

[1]The court will take no action in regard to the motion filed on August 31, 2021.

21-25901